**Alan Dexter Bowman, Esq.**
**One Gateway Center, Suite 2600**
**Newark, New Jersey 07102**
**Office: 973-622-2225**
**Fax No.: 973-553-0400**
**Alanbowman.lawoffice@gmail.com**
**Bar No. 011491976**

Alan Dexter Bowman, Esq.                    Euginia Barrows
                                            Paralegal

                    July 12, 2024

                    **Re: Julien Giraud III**
                    **Case No. 2:21-mj-10433 MAH**

Honorable Michael Hammer, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

Dear Judge Hammer:

This letter is intended as support for modification of release conditions previously imposed on Julien Giraud III. At the outset it should be emphasized that Pre-Trial Services and the United States consent to removal of the release condition of home detention enforced by location monitoring. And, we request that no substitute conditions be imposed. Pretrial Services and the United States agree that no new conditions be imposed. The proposed order is attached. This modification does not impact co-defendant Julien Giraud Jr.

Please advise.

                        Very truly yours,

                        Alan Dexter Bowman, Esq.

**Alan Dexter Bowman, Esq.**
**One Gateway Center, Suite 2600**
**Newark, New Jersey 07102**
**Office: 973-622-2225**
**Fax No.: 973-553-0400**
**Alanbowman.lawoffice@gmail.com**
**Bar No. 011491976**

_____

United States Of America

    Plaintiff

V.

Julien Giraud, III

    Defendant

_____

United States District Court
District Of New Jersey
Case No. 2:21-mj-10433-MAH

CRIMINAL MATTER
Consent Order

To: AUSA Rachelle M. Navarro
Assistant United States Attorney
District of New Jersey
Newark, New Jersey 07102

Clerk, United States District Court
District Court of New Jersey
50 Walnut Street #405
Newark, New Jersey 07102

This matter having been opened to the Court the Honorable Michael Hammer, U.S.D.J., presiding, for an order removing defendant's condition of release of home detention enforced by location monitoring, and the United States and defendant having agreed, and pretrial services having consented to the proposed modification,

It is on this ____ day of July, 2024 ordered that the defendant is removed from home detention and electronic monitoring. No new conditions will be substituted.

_____

Honorable Michael Hammer, U.S.D.J.

Consented To:

_____

Alan Dexter Bowman, Esq.

_____

AUSA Rachelle Navarro