2021R001243/RMN

**FILED**
NOV 21 2024
AT 8:30 2:20 PM
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 24- 768 (ESK) |
| | : | |
| JULIEN GIRAUD, JR., and | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(B), |
| JULIEN GIRUAD III | : | (b)(1)(C), (b)(1)(D), and (b)(2) |
| | : | 18 U.S.C. §§ 924(c)(1)(A)(i) and |
| | : | 18 U.S.C. § 2 |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
### (Possession with Intent to Distribute Fentanyl and Cocaine)

On or about December 1, 2021, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**JULIEN GIRAUD JR.,**

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about December 1, 2021, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**JULIEN GIRAUD JR.**,

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute fentanyl and cocaine as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Taurus Brazil .357 magnum revolver, bearing serial number NB907021.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT THREE
### (Possession with Intent to Distribute Marihuana and Alprazolam)

On or about December 1, 2021, in Union County, in the District of New Jersey, and elsewhere, the defendant,

### JULIEN GIRAUD III,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of alprazolam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(D), and (b)(2), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION AS TO COUNT ONE

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C), as alleged in Count One of this Indictment, the defendant,

### JULIEN GIRAUD JR.,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of this Indictment, including, but not limited to, $18,054 in United States currency.

## FORFEITURE ALLEGATION AS TO COUNT TWO

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), as alleged in Count Two of this Indictment, the defendant,

### JULIEN GIRAUD JR.,

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of this offense, including, but not limited to, the following:

(i) one Taurus Brazil .357 magnum revolver bearing serial number NB907021;

(ii) six rounds of .357 caliber ammunition;

(iii) approximately 41 rounds of 9mm ammunition;

(iv) approximately 50 rounds of brass ball round ammunition;

(v) one speed loader;

(vi) one extended firearm magazine;

(vii) one Insanity GBB model 6mm BB gun; and

(viii) a black stun gun.

## FORFEITURE ALLEGATION AS TO COUNT THREE

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and (b)(2), as alleged in Count Three of this Indictment, the defendant,

### JULIEN GIRAUD III,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count Three of this Indictment.

## SUBSTITUTE ASSETS PROVISION
### (Applicable to all Forfeiture Allegations)

If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

A TRUE BILL

FOREPERSON

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 24-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JULIEN GIRAUD JR.
and
JULIEN GIRAUD III

## INDICTMENT FOR
21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D), and (b)(2)
18 U.S.C. §§ 924(c)(1)(A)(i) and 2

A True Bill.

_____
Foreperson

PHILIP R. SELLINGER
*UNITED STATES ATTORNEY*
*FOR THE DISTRICT OF NEW JERSEY*

RACHELLE M. NAVARRO
*ASSISTANT U.S. ATTORNEY*
*973-645-2721*