

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Rachelle M. Navarro*  *970 Broad Street, 7th floor*  973-297-2721
*Assistant United States Attorney*  *Newark, New Jersey 07102*

April 28, 2025

<u>*Via ECF*</u>

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re: <u>United States v. Julien Giraud Jr. and Julien Giraud III</u>
       Crim. No. 24-768

Dear Judge Kiel:

  The Government respectfully submits this letter to request that the Court hold a virtual status conference in this case at the Court's earliest convenience. As the Court is aware, trial in this case is currently scheduled for August 8, 2025.

  As the Government previously disclosed to the Court in an email dated April 16, 2025, the Government understands that defense counsel for Julien Giraud III intends to file a motion to withdraw and that Mr. Giraud III is currently seeking new counsel. Given the upcoming trial date and the need to continue in trial preparations, the Government respectfully requests that the Court hold a virtual status conference at the Court's earliest convenience to ascertain the status of that motion

            Respectfully Submitted

            ALINA HABBA
            United States Attorney

    By: Rachelle M. Navarro
       Assistant United States Attorney