# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Edward S. Kiel |
| v. | Crim. No. 24-768 |
| JULIEN GIRAUD JR. and JULIEN GIRAUD III | **Amended Scheduling Order** |

This matter having come before the Court; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (Rachelle M. Navarro, Assistant United States Attorney, appearing); and the Defendant Julien Giraud Jr., being represented by Thomas S. Mirigliano, Esq. and the Defendant Julien Giraud III, being represented by Gina Amoriello, Esq.; and the Government having represented that it has produced to current counsel of record the discovery required pursuant to its obligations under Federal Rule of Criminal Procedure 16; and the parties having agreed on a schedule for the filing of pretrial motions; and the Court having scheduled the trial for August 4, 2025; and the Court having accepted such schedule, and for good cause shown,

It is on this 27th day of May, 2025, ORDERED that:

1. The Defendants shall file any motions to suppress evidence, pursuant to Federal Rules of Criminal Procedure 41(h), in the manner set forth in L. Civ. R. 7.1, on or before June 6, 2025;

2. Responses to such motions shall be filed on or before June 20, 2025;

3. Replies shall be filed on or before June 27, 2025;

4. Oral argument on any motions to suppress shall be held on July 14, 2025 at 10:00 am.

5. The Defendant shall provide discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before June 27, 2025.

6. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before June 27, 2025.

7. The Government shall provide its pre-marked exhibits on or before July 9, 2025.

    a) The authenticity and chain of custody of the Government's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 11(b).

    b) If the defendant wishes to contest the authenticity, chain of custody, or scientific analysis of an exhibit, counsel for the defendant shall file, on or before July 18, 2025, a notice that the authenticity, chain of custody, and/or scientific analysis of the exhibit will be contested at trial together with a statement delineating why the authenticity, chain of custody, and/or scientific analysis of the exhibit is being challenged and a certification that the challenge is being made in good faith.

12. The Defendant shall provide its pre-marked exhibits on or before July 18, 2025.

a) The authenticity and chain of custody of the Defendant's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 12(b).

b) If the Government wishes to contest the authenticity, chain of custody, or scientific analysis of an exhibit, counsel for the Government shall file, on or before July 28, 2025, a notice that the authenticity, chain of custody, and/or scientific analysis of the exhibit will be contested at trial together with a statement delineating why the authenticity, chain of custody, and/or scientific analysis of the exhibit is being challenged and a certification that the challenge is being made in good faith.

13. If the Government intends to offer any Rule 404(b) evidence at trial, the Government shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(2)(A) on or before July 14, 2025.

14. If the defendant intends to offer any "reverse Rule 404(b)" evidence, the defendant shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(2)(A) on or before July 14, 2025.

15. The parties shall file any *in limine* motions, addressed to the admissibility of evidence, on or before July 14, 2025; responses to such motions may be filed on or before July 21, 2025; replies, if any, may be filed on or before July 24, 2025; and oral argument on such motions shall be held on July 28, 2025 at 10:00 am.

16. The Government shall provide all material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, no later than 14 days prior to the commencement of jury selection, and shall, if it agrees to do so, provide any material to be provided under the Jencks Act, 18 U.S.C. §3500, on or before the same date.

17. The Defendant, if he/she agrees to do so, shall produce all "reverse Jencks" that is required to be disclosed under Federal Rule of Criminal Procedure 26.2 at least one week prior to the testimony of the witness.

18. The parties shall file a joint neutral statement of the facts and any voir dire requests on or before July 31, 2025.

19. The Government will provide proposed jury instructions to the Defendant on July 28, 2025. The Defendant will respond with objections to the Government by July 30, 2025. The parties shall file a joint request to charge addressed to (a) preliminary instructions to the jury, and (b) the elements of the offenses at issue, on or before August 1, 2025.

20. The parties shall submit a joint potential witness list and joint exhibit list by August 1, 2025.

21. A final pretrial conference will be held on ___TBD___.

22. Trial beginning with jury selection shall commence on August 4, 2025.

_____
Honorable Edward S. Kiel
United States District Judge

4