Thomas S. Mirigliano, Esq. (NJAID: 038542011)
LAW OFFICE OF
THOMAS S. MIRIGLIANO, ESQ., P.C.
40 Wall Street, 32nd Floor
New York, New York 10005
TSM@MiriglianoLaw.com
Phone: (718) 530-6548
Facsimile: (646) 219-5027
*Attorneys for Defendant, Julien Giraud Jr.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIEN GIRAUD JR., and<br>JULIEN GIRAUD III,<br><br>            Defendants. | CASE NO. 24-CR-768 (ESK) |

---

### DEFENDANT JULIEN GIRAUD JR.'S
### NOTICE OF MOTION TO SUPPRESS PURSUANT TO *FRANKS V. DELAWARE*

---

TO:    Rachelle Navarro
        Allison Thompson
        Assistant United States Attorney
        United States Attorney's Office – District of New Jersey
        970 Broad Street, Suite 700
        Newark, New Jersey 07102
        Jason.goldberg@usdoj.gov
        *Attorneys for the Government*

**PLEASE TAKE NOTICE,** that at such date and time as the Court shall designate, the

undersigned, attorney for Defendant Julien Giraud Jr., shall move before the Honorable Edward

S. Kiel, U.S.D.J., in the United States District Court for the District of New Jersey, Mitchell H.

Cohen Building and United States Courthouse, 4th & Cooper Streets, Camden, New Jersey, for an Order suppressing all evidence seized pursuant to the search warrant for 30 Elm Place, Irvington, New Jersey, executed on December 1, 2021, due to violations of the United States Supreme Court's holding in *Franks v. Delaware*, 438 U.S. 154 (1978), and for such other and further relief as the court deems just and proper.

In support of this Motion, Defendant will rely upon the attached Memorandum of Law and Declaration of Thomas S. Mirigliano dated September June 6, 2025, with accompanying exhibits, and upon all the papers and proceedings had herein.

Dated:      New York, New York
            June 6, 2025

                                        LAW OFFICE OF
                                        THOMAS S. MIRIGLIANO, ESQ., P.C.
                                        *Attorneys for Julien Giraud Jr.*
                                        40 Wall Street, 32nd Floor
                                        New York, New York 10005
                                        Phone: (718) 530-6548
                                        Facsimile: (646) 219-5027
                                        TSM@MiriglianoLaw.com

                                        By: _____
                                             Thomas S. Mirigliano, Esq.