IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | CRIMINAL NO. 24-768 |
| : | |
| JULIEN GIRAUD III : | |

**NOTIC OF JOINDER IN BRIEF IN OPPOSITION
TO GOVERNMENT'S MOTIONS IN LIMINE**

**TO THE HONORABLE EDWARD S. KIEL, JUDGE OF SAID COURT:**

The Defendant, Julien Giraud, III in the above-captioned matter by his attorney, Gina A. Amoriello, Esquire, hereby respectfully joins in the brief in opposition to the government's motions in limine filed on July 23, 2025, by codefendant Julien Giraud, Jr., under ECF Document 94.

Respectfully submitted:

/s/ Gina Amoriello
GINA AMORIELLO, ESQUIRE
Attorney for Defendant Giraud III

DATED: 7/28/25

## CERTIFICATE OF SERVICE

I certify that on this 28th day of July, 2025, I have served the below referenced parties via electronic filing thus making it available for downloading and printing, a copy of the attached Notion of Joinder in the Reply to Response to Suppression Motion upon the following parties:

| | |
|---|---|
| AUSA Rachelle Navarro<br>AUSA Alison Thompson<br>970 Broad Street<br>Suite 700<br>Newark, NJ 07102 | Honorable Edward S. Kiel<br>U.S. District Judge<br>U.S. Courthouse<br>4th and Cooper Streets<br>Camden, NJ 08101 |

*/s/ Gina Amoriello*
GINA AMORIELLO, ESQUIRE
Attorney for Defendant Giraud III