IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | (Chief Judge Brann)[*] |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | |
| Defendants. | |

# ORDER

**JULY 28, 2025**

On July 28, 2025, I was temporarily appointed by the Honorable Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, acting pursuant to 28 U.S.C. § 292(b), to preside in the above-captioned matter and all related cases.[1] Of immediate importance is Defendant Julien Giraud Jr.'s motion to dismiss the indictment or in the alternative to enjoin Acting United States Attorney for the District of New Jersey Alina Habba or any Assistant United States Attorney acting under her authority from taking prosecutorial action in this case.[2] Considering the imminence of trial in this matter[3] and the potential impact that

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.
[1] Doc. 103 (Designation Order).
[2] Doc. 99 (Mot. to Dismiss) (challenging validity of appointment of Alina Habba as Acting United States Attorney for the District of New Jersey).
[3] *See* Doc. 77 (Am. Scheduling Order) (setting trial for August 4, 2025).

resolution of the pending legal issue may have on other prosecutions in this District,

**IT IS HEREBY ORDERED** that:

1. The Government shall submit a brief in opposition to Mr. Giraud's motion by no later than 12:00 p.m., on Tuesday, July 29, 2025.

2. Following submission of the Government's brief in opposition, the Court will hold a joint status conference at 3:00 p.m., on Tuesday, July 29, 2025.

3. Counsel for Government shall initiate the call to Chambers at 570-323-9772.  At the time the call is placed, all counsel shall be on the line and prepared to proceed.

4. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding