UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Matthew W. Brann, Ch. U.S.D.J. |
| v. | : | Crim. No. 24-768 |
| JULIEN GIRAUD JR. and JULIEN GIRAUD III, | : | NOTICE OF APPEARANCE |
| Defendants. | : | |

PLEASE TAKE NOTICE that the undersigned, Mark E. Coyne, hereby enters his appearance as co-counsel for the United States of America in this case.

ALINA HABBA
ACTING UNITED STATES ATTORNEY

By: Mark E. Coyne
Assistant United States Attorney
Chief, Appeals Division

Dated: July 29, 2025