

U.S. Department of Justice

Executive Office for United States Attorneys

---

Office of the Director

Room 2261, RFK Main Justice Building  
950 Pennsylvania Avenue, NW  
Washington, DC 20530

(202) 252-1000

MEMORANDUM FOR DESIREE LEIGH GRACE

FROM:   FRANCEY HAKES, DIRECTOR FOR EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS

Subject:   Notice of Removal from Federal Service

This memorandum provides official notice that you are removed from your position of Assistant United States Attorney, AD-0905-29, Criminal Division, District of New Jersey, Offices of the United States Attorneys, and from the federal service, effective immediately.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Department of Justice is hereby terminated, and you are removed from federal service effective immediately.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

_____      7/22/2025
Francey Hakes, EOUSA Director        Date

I acknowledge receipt of this notice of removal. I understand that my acknowledgment of receipt does not constitute agreement with the action, and I understand that my refusal to acknowledge receipt does not void or otherwise prevent the removal action.

_____  
Desiree Leigh Grace