

**United States Attorney**
*District of New Jersey*

**Alina Habba**  
July 24, 2025

970 Broad Street Suite 700  
Newark, New Jersey 07102  
(973) 645-2700

Attorney General Pamela Bondi  
United States Department of Justice  
Robert F. Kennedy Building, Room 5111  
950 Pennsylvania Avenue, NW  
Washington, D.C. 20530

Dear Attorney General Bondi:

I hereby resign my position as Interim United States Attorney for the District of New Jersey, effective at 5:00 pm today, July 24, 2025.

I look forward to continuing to lead the U.S. Attorney's Office for the District of New Jersey.

Thank you.

Sincerely,

*[signature]*

Alina Habba