

**Office of the Attorney General**
Washington, D. C. 20530

ORDER NO. 6341-2025

APPOINTMENT OF ALINA HABBA AS SPECIAL ATTORNEY
AND DESIGNATION AS FIRST ASSISTANT UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

By virtue of the authority vested in the Attorney General by law, including 28 U.S.C. § 509, 510, and 515, I hereby appoint Alina Habba as a Special Attorney and designate her as First Assistant United States Attorney for the District of New Jersey, effective upon her resignation as United States Attorney for the District of New Jersey. As First Assistant United States Attorney, Ms. Habba will have authority to serve as Acting United States Attorney upon a vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

_7/24/25_
Date

_[signature]_
Pamela Bondi
Attorney General



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Office of the Director        Room 2261, RFK Main Justice Building        (202) 252-1000
                              950 Pennsylvania Avenue, NW
                              Washington, DC  20530

July 24, 2025

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:      THE DEPUTY ATTORNEY GENERAL

FROM:         Francey Hakes
              Director

SUBJECT:      Special Attorney Appointment and Designation as First Assistant United
              States Attorney for the District of New Jersey

PURPOSE:      To obtain the Attorney General's signature on the attached order for a
              Special Attorney Appointment and Designation as First Assistant United
              States Attorney for the District of New Jersey.

AG DECISION REQUESTED BY: July 24, 2025. The Attorney General's Office has requested that Alina Habba be appointed to this critical position as soon as possible so that she may lead the office in carrying out the priorities of the Administration.

REQUIRED DUE DATE: None.

EXECUTIVE SUMMARY: The last Presidentially appointed United States Attorney for the District of New Jersey resigned on January 8, 2025, thereby creating a vacancy in the position. Since that time, the position of United States Attorney has been filled on an interim basis through an Attorney General appointment pursuant to 28 U.S.C. § 546. The Executive Office for United States Attorneys (EOUSA) requests that the position be filled with an individual selected by the current Administration pursuant to 28 U.S.C. § 509, 510, and 515. The appointee meets the residency requirement of the position. A proposed appointment order is attached for your consideration.

DISCUSSION: EOUSA requests that Alina Habba be appointed as a Special Attorney and designated as First Assistant United States Attorney for the District of New Jersey. As First

Memorandum for the Attorney General — Page 2
Subject: Special Attorney Appointment and Designation as First Assistant United States Attorney for the District of New Jersey

Assistant United States Attorney, Ms. Habba will have authority to serve as Acting United States Attorney upon a vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

CONSULTATION: None.

OTHER STAKEHOLDERS: None.

RECOMMENDATION: EOUSA recommends that the Attorney General sign the attached order.

Memorandum for the Attorney General    Page 3
Subject: Special Attorney Appointment and Designation as First Assistant United States Attorney for the District of New Jersey

APPROVE: _____

DISAPPROVE: _____

Concurring Component(s):

OLC *LCP* 7/24/25

Non-Concurring Component(s):

Attachment:
Attorney General Order



**U.S. Department of Justice**

Office of Legal Counsel

Office of the Deputy Assistant Attorney General	Washington, D.C. 20530

July 24, 2025

MEMORANDUM FOR PAMELA BONDI
Attorney General

*Re: Proposed Attorney General Order Appointing Alina Habba as Special Attorney and Designating Her as First Assistant United States Attorney for the District of New Jersey*

### ACTION MEMORANDUM

The attached proposed Attorney General Order was submitted to this Office for review with respect to form and legality.

The proposed Order would appoint Alina Habba as a Special Attorney and further designate her as First Assistant United States Attorney ("FAUSA") for the District of New Jersey, effective upon her resignation as United States Attorney for the District of New Jersey. We have been advised that Ms. Habba has submitted a letter of resignation from the position of United States Attorney, which she held pursuant to an appointment by the Attorney General under 28 U.S.C. § 546(a), effective at 5:00 p.m. today. Appointing Ms. Habba as a Special Attorney and designating her as FAUSA will enable her to serve as Acting United States Attorney when permitted by the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

The attached proposed Attorney General Order is approved with respect to form and legality.

Lanora C. Pettit
Deputy Assistant Attorney General