| | |
|---|---|
| **From:** | Sharma, Saurabh N. EOP/WHO |
| **To:** | |
| **Subject:** | [EXTERNAL] Termination |
| **Date:** | Saturday, July 26, 2025 12:02:05 AM |

Desiree,

You may not lawfully serve as the United States Attorney for the District of New Jersey. The District Court for the District of New Jersey lacked authority to appoint you under 28 U.S.C. 546(d), because Alina Habba resigned as United States Attorney on July 24, 2025, which was before her appointment expired under 28 U.S.C. 546(c)(2) at the end of July 25, 2025. Regardless, even if the District Court had such authority, the President of the United States hereby removes you from office pursuant to his authority under 28 U.S.C. 541(c) and Article II of the Constitution. On July 24, 2025, the Attorney General appointed Alina Habba the First Assistant United States Attorney pursuant to her authority under 28 U.S.C. 542(a), and Alina Habba is thus the Acting United States Attorney pursuant to 5 U.S.C. 3345(a)(1).

Saurabh Sharma
Special Assistant to the President
Office of Presidential Personnel