# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**Minute Sheet for Proceeding Held before the
Honorable Matthew W. Brann, specially presiding**

| | |
|---:|:---|
| **No.** | 1:24-CR-00768 |
| **Case** | *United States of America v. Giraud* |
| **Date** | July 29, 2025 |
| **Time** | 3:00 PM - 3:30 PM |
| **Re:** | Telephone Status Conference |
| **Prosecution Counsel:** | Mark E. Coyne, AUSA, Rachelle M. Navarro, AUSA, Alison Thompson, AUSA, and Rob Parker, Chief, Appellate Section |
| **Defense Counsel:** | Thomas S. Mirigliano, Esquire for Defendant J. Giraud, Jr. Gina Amoriello, Esquire for Defendant J. Giraud, III |

Court discusses scheduling with parties.  Comprehensive Order to follow.

*Janel R. Rhinehart*
Janel R. Rhinehart, Deputy Clerk