Joshua C. Gillette, Esq.
NJ Attorney ID: 007862003
**KAGEN, CASPERSEN & BOGART PLLC**
551 Madison Avenue, 12th Floor
New York, NY 10022
Tel: (212) 880-2045
Fax: (646) 304-7879
jgillette@kcbfirm.com
*Attorneys for Amicus Curiae*
*Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | (Chief Judge Brann)[*] |
| Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Joshua C. Gillette, hereby enters his appearance as counsel for *Amicus Curiae* the Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ) in this case.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

- State of New Jersey (2003)
- State of New York (1995)
- State of Massachusetts (1994 - inactive)
- U.S. District Court for the District of New Jersey (2003)
- U.S. District Court for the Southern District of New York (1996)
- U.S. District Court for the Eastern District of New York (1996)
- U.S. District Court for the District of Massachusetts (2018)
- U.S. Court of Appeals for the Second Circuit (2013)
- U.S. Court of Appeals for the Third Circuit (2009 – inactive; renewal pending)
- Supreme Court of the United States (2011)

Dated: August 7, 2025

*/s/ Joshua C. Gillette*
JOSHUA C. GILLETTE
KAGEN, CASPERSEN & BOGART PLLC
551 Madison Avenue, 12th Floor
New York, NY 10022
Tel: (212) 880-2045
Fax: (646) 304-7879
jgillette@kcbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I caused a copy of this document to be served by the notice of electronic filing generated by this Court's electronic case filing system upon all counsel of record in this case.

/s/ Joshua C. Gillette
JOSHUA C. GILLETTE
KAGEN, CASPERSEN & BOGART PLLC
551 Madison Avenue, 12th Floor
New York, NY 10022
Tel: (212) 880-2045
Fax: (646) 304-7879
jgillette@kcbfirm.com