# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| VS. | : CRIMINAL NO. 24-768 |
| | : |
| **JULIEN GIRAUD III** | : |

## NOTICE OF JOINDER IN BRIEF

**TO THE HONORABLE JUDGE MATTHEW W. BRANN, ASSIGNED CHIEF JUDGE:**

The Defendant, Julien Giraud, III, in the above-captioned matter by his attorney, Gina A. Amoriello, Esquire, hereby respectfully joins in the Supplemental Brief filed on August 7, 2025, by codefendant Julien Giraud, Jr., under ECF Document 121.

Respectfully submitted:

*/s/ Gina Amoriello*
GINA AMORIELLO, ESQUIRE
Attorney for Defendant Giraud III

DATED: 8/8/25

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of August, 2025, I have served all parties of record via electronic filing, thus making it available for downloading and printing, a copy of the attached Notion of Joinder in Brief.

*/s/ Gina Amoriello*
GINA AMORIELLO, ESQUIRE
Attorney for Defendant Giraud III