# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

JULIEN GIRAUD JR., and

JULIEN GIRAUD III,

Defendants.

No. 1:24-CR-00768

(Chief Judge Brann)[*]

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, James I. Pearce, hereby enters

his appearance as counsel for *Amicus Curiae* the Association of Criminal Defense

Lawyers of New Jersey (ACDL-NJ) in this case.

I hereby certify under penalty of perjury that I am a member in good standing

of the bar of the following Courts since the indicated year of admission and that I

am not the subject of suspension or disbarment from any Court:

- State of North Carolina (2012)
- State of New York (2012)
- Supreme Court of the United States (2016)

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

- U.S. Court of Appeals for the First Circuit (2016)
- U.S. Court of Appeals for the Fourth Circuit (2013)
- U.S. Court of Appeals for the Fifth Circuit (2013)
- U.S. Court of Appeals for the Seventh Circuit (2015)
- U.S. Court of Appeals for the Tenth Circuit (2016)
- U.S. Court of Appeals for the D.C. Circuit (2019)
- U.S. District Court for the District of Maryland (2014)
- U.S. District Court for the Eastern District of Michigan (2018)
- U.S. District Court for the District of the District of Columbia (2018)

Dated: August 11, 2025

/s/ James I. Pearce
JAMES I. PEARCE*
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave NW, Suite 440
Washington, D.C. 20015
202-204-0212
jpearce@washingtonlitigationgroup.org
* Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members

*Attorney for Amicus Curiae*
*Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ)*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2025, I caused a copy of this document to

be served by the notice of electronic filing generated by this Court's electronic case

filing system upon all counsel of record in this case.

<div style="margin-left: 45%;">

*/s/ James I. Pearce*

JAMES I. PEARCE*

WASHINGTON LITIGATION GROUP

5335 Wisconsin Ave NW, Suite 440

Washington, D.C. 20015

202-204-0212

jpearce@washingtonlitigationgroup.org

* Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members

</div>

3