UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIEN GIRAUD JR. and<br>JULIEN GIRAUD III,<br>　　　　Defendants | Crim. No. 24-768 (MWB) |

### DECLARATION OF VALARIE MULCAHY

I, Valarie Mulcahy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief Human Resources Officer for the Executive Office for United States Attorneys (EOUSA) at the U.S. Department of Justice. I have held that position since July 30, 2023. As part of my official duties, I have access to files maintained in the ordinary course of business regarding personnel in the U.S. Attorneys' offices. The documents addressed below are copies of official records from files maintained by EOUSA and the U.S. Attorney's Office for the District of New Jersey

2. On July 29, 2025, the United States filed an opposition brief in this Court. *See* DE108.

3. Exhibit A (DE108-1) attached to that brief is a true and accurate copy of Order No. 6218-2025 from the Office of the Attorney General, which was signed by Attorney General Pamela Bondi on March 27, 2025.

4. Exhibit B (DE 108-2) attached to that brief is a true and accurate copy of Order No. 6270-2025 from the Office of the Attorney General, which was signed by Attorney General Pamela Bondi on May 19, 2025.

5.  Exhibit C (DE108-3) attached to that brief is a true and accurate copy of a Memorandum for Desiree Leigh Grace from Francey Hakes, Director for the Executive Office for United States Attorneys, which was signed by Ms. Hakes on July 22, 2025.

6.  Exhibit D (DE108-4) attached to that brief is a true and accurate copy of a letter of resignation from Alina Habba to Attorney General Bondi, which was signed by Ms. Habba and is dated July 24, 2025.

7.  Exhibit E (DE108-5) attached to that brief is a true and accurate copy of a letter from Jewel Campos, Assistant Director, Human Resources Staff, Operations Division of the Executive Office for United States Attorneys to Alina Habba, which was signed by Ms. Campos on July 24, 2025.

8.  Exhibit F (DE108-6) attached to that brief is a true and accurate copy of the same letter from Ms. Campos to Ms. Habba, which was signed by Ms. Habba.

9.  Exhibit G (DE108-7) attached to that brief is a true and accurate copy of Order No. 6341-2025 from the Office of the Attorney General, which was signed by Attorney General Pamela Bondi on July 24, 2025. Confirmation that the Attorney General had signed the document was communicated internally at the Department of Justice at 4:48pm on that date. The exhibit also contains a Memorandum for the Attorney General that was sent through Deputy Attorney General Todd Blanche and was from Francey Hakes, Director for the Executive Office for United States Attorneys. The memorandum was signed by Francey Hakes and initialed by Emil Bove III, the Principal Associate Deputy Attorney General, on behalf of Todd Blanche.

The memorandum was also signed by Lanora C. Pettit, Deputy Assistant Attorney General, Office of Legal Counsel, Department of Justice. The exhibit also contains a Memorandum for Pamela Bondi Attorney General Re: Proposed Attorney General Order Appointing Alina Habba as Special Attorney and Designating Her as First Assistant United States Attorney for the District of New Jersey from Lanora C. Pettit, Deputy Assistant Attorney General, Office of Legal Counsel, Department of Justice, which was signed by Ms. Pettit and is dated July 24, 2025.

10. Exhibit H (DE108-8) attached to that brief is a true and accurate copy of a letter to Ms. Desiree Grace from Jay Macklin, General Counsel, Executive Office for United States Attorneys, which was signed by Mr. Macklin and is dated July 26, 2025.

I declare, under penalty of perjury, that the foregoing is true to the best of my knowledge and belief.

*Valarie Mulcahy*
Valarie Mulcahy
Chief Human Resources Officer
Executive Office for United States Attorneys
U.S. Department of Justice

Date: 8/12/2025