# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

## Minute Sheet for Proceeding Held before the
## Honorable Matthew W. Brann, special presiding

| | |
|---:|---|
| **No.** | 1:24-CR-00768 |
| **Case** | *United States of America v. Giraud* |
| **Date** | August 13, 2025 |
| **Time** | 2:00 pm – 2:45 pm |
| **Re:** | Telephone Status Conference |
| **Prosecution Counsel:** | Mark E. Coyne, AUSA; Rachelle M. Navarro, AUSA; Edeli Rivera, AUSA; and Matthew Specht, AUSA |
| **Defense Counsel:** | Thomas S. Mirigliano, Esquire for Defendant J. Giraud, Jr..; Gina A. Amoriello, Esquire for Defendant J. Giraud, III |

Court held status and scheduling conference. Order to follow.

*Janel R. Rhinehart*
Janel R. Rhinehart, Deputy Clerk