IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | (Chief Judge Brann)* |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | |
| Defendants. | |

# ORDER

**AUGUST 13, 2025**

Pursuant to the discussion at the status conference held this day, **IT IS HEREBY ORDERED** that oral argument on the pending motion to dismiss in *United States v. Pina*, No. 25-CR-436 (D.N.J.), Doc. 52, is consolidated with the oral argument scheduled in this matter on Friday, August 15, 2025, at 10:00 a.m. at the United States Courthouse and Federal Building, Courtroom Number 1, Fourth Floor, Williamsport, Pennsylvania.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

\*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.