# EXHIBIT 2




Attorney Search

- Attorney Online Registration and Payment
- Board on Attorney Certification
- Client Protection Fund
- Continuing Legal Education
- Disciplinary Review Board
- NJ Board of Bar Examiners
- Office of Attorney Ethics
- Pro Bono
- Contact Us
- Índice de Abogados de Nueva Jersey

## ATTORNEY SEARCH RESULTS

Additional detailed information is available by double clicking the attorney record

| Attorney ID | Suffix | Last | First | Mid | City | County | Good Standing Status | Bar Admission Date | Certifie |
|---|---|---|---|---|---|---|---|---|---|
| 018592010 | | HABBA | ALINA | | WASHINGTON | OUT OF STATE | ACTIVE | 12/01/2010 | NO |
| 018592010 | | HABBA | ALINA | SAAD | WASHINGTON | OUT OF STATE | ACTIVE | 12/01/2010 | NO |

Back    New Search