UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF COURT HEARING OR TRIAL
****************************************************************************************

UNITED STATES OF AMERICA

    v.                                           Case #: 1:24-CR-00768

JULIEN GIRAUD, JR.
JULIEN GIRAUD, III

--------------------------------------------------------------------------------

UNITED STATES OF AMERICA

    v.                                           Case #: 2:25-CV-00436

CESAR HUMBERTO PINA

HONORABLE MATTHEW W. BRANN, SPECIALLY PRESIDING, Courtroom # 1 in Williamsport, PA

DATE: 8/15/2025                    TIME Commenced:   10:00 AM
                                          TIME Terminated:    2:00 PM

NATURE OF HEARING: Hearing and Oral Argument

## APPEARANCES

| Plaintiff's | Defendant's |
|---|---|
| Henry C. Whitaker, AUSA | Thomas S. Mirigliano, Esquire (Giraud, Jr.) |
| Mark E. Coyne, AUSA | Gina Amoriello, Esquire (Giraud, III) |
| | Gerald Krovatin, Esquire (Pina) |
| | |
| | Amicus |
| | James I. Pearce, Esquire |
| | Mary Dohrmann, Esquire |

## WITNESSES

| Plaintiff's | Defendant's |
|---|---|
| | |

REMARKS:

Court calls case and notes presence of AUSA, Defendants' counsel, and Amicus Counsel for a hearing and oral argument on Giraud's motion to dismiss the indictment and Pina's motion to dismiss the indictment. Supplemental briefing shall be submitted before 5:00 PM on August 18th. The Court is hopeful to issue a Memorandum Opinion and Order by close of business on Wednesday.

Janel R. Rhinehart, Courtroom Deputy                                      Colleen Wentz, Court Reporter