UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIEN GIRAUD JR. and<br>JULIEN GIRAUD III,<br>                Defendants | Crim. No. 24-768 (MWB) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR HUMBERTO PINA,<br>                Defendant | Crim. No. 25-436 (MWB) |

NOTICE OF APPEAL

The United States hereby appeals the orders of the District Court [Docket Entry 145 in Crim. No. 24-768 and Docket Entry 69 in Crim. No. 25-436] entered on August 21, 2025. Those orders are immediately appealable under 28 U.S.C. § 1291 under the collateral order doctrine. *See, e.g.*, *United States v. Whittaker*, 268 F.3d 185, 191–93 (3d Cir. 2001).

PAMELA J. BONDI
U.S. Attorney General

TODD BLANCHE
U.S. Deputy Attorney General

HENRY C. WHITAKER
Counselor to the Attorney General

ALINA HABBA
Acting U.S. Attorney
Special Attorney

*[signature]*

Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division
(973) 297-2002