## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents will be served on all parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

_____
Thomas S. Mirigliano, Esq.
40 Wall Street, 32nd Floor
New York, New York 10005
Tel: (718) 530-6548
Fax: (646) 219-5027
Email: TSM@MiriglianoLaw.com